IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| MATTHEW JONES, | § |
| | § No. 437, 2017 |
| Plaintiff Below- | § |
| Appellant, | § |
| | § |
| v. | § Court Below—Superior Court |
| | § of the State of Delaware |
| ROCKFORD CENTER, *et al.*, | § |
| | § C.A. No. N17C-08-233 |
| Petitioner Below- | § |
| Appellee. | § |

Submitted:  March 9, 2018
Decided:  March 15, 2018

### **O R D E R**

This 15th day of March 2018, it appears that the Court issued a notice to the appellant to show cause why his appeal should not be dismissed for his failure to pay the Superior Court record preparation fee. The appellant responded, indicating that this Court granted his motion to proceed *in forma pauperis*, which should excuse his responsibility for payment of the Superior Court's fee. On February 22, 2018, the Clerk wrote to the appellant and explained that the Court's order only waived the Supreme Court's filing fee but did not waive the Superior Court's record preparation fee. The appellant was given an extended deadline until March 9 to pay the Superior Court's fee and was informed that failure to pay the fee would result in dismissal of his appeal without further notice. The appellant failed to pay by the deadline. Accordingly, dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice